

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *Main:  (973) 645-2700*
*Newark, New Jersey 07102*        *Direct: (973) 297-2029*
*christopher.stratigeas@usdoj.gov*

July 23, 2026

**<u>Via Electronic Filing</u>**
Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Frank Lautenberg Post Office
& U.S. Courthouse
2 Federal Square, Courtroom 5
Newark, NJ 07102

   **Re:** ***Favicela Talahua v. Mullin, et al.,* No. 26-09092 (KSH);**
      **Update re: Release.**

Dear Judge Hayden:

This Office represents Respondents in the above-referenced habeas matter.  We respectfully write in accordance with the Court's July 23, 2026 Text Order (ECF No. 4) ordering Petitioner's release within forty-eight (48) hours of entry of the Text Order.  U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that it released Petitioner from its custody on July 23, 2026 at approximately 2:00 p.m.  ICE has further advised this Office that Petitioner was released from its custody without the imposition of additional conditions that existed prior to detention and with all documented funds and personal property located at Delaney Hall.

   We thank the Court for its attention to this matter.

         Respectfully submitted,

SO ORDERED this day of July 24, 2026   ROBERT FRAZER
<u>s/Katharine S. Hayden</u>       United States Attorney
Hon. Katharine S. Hayden, U.S.D.J.

         <u>*s/ Christopher J. Stratigeas -*</u>
         CHRISTOPHER STRATIGEAS
         Assistant U. S. Attorney
         *Attorneys for Respondents*

cc:  All Counsel of Record (*via electronic filing*)